# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                 )
)
CH2M HILL Constructors, Inc.     )     ASBCA Nos.   58164, 58770, 58962
)                              58963, 58964, 58965
Under Contract No. FA8903-06-D-8510   )

APPEARANCES FOR THE APPELLANT:     Bennett J. Lee, Esq
    Nicholas A. Merrell, Esq.
      Varela, Lee, Metz & Guarino, LLP
      San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:     Lt Col Matthew J. Mulbarger, USAF
      Air Force Chief Trial Attorney
    William M. Lackermann, Jr., Esq.
      Senior Trial Attorney
    John Pettit, Esq.
    Anna F. Kurtz, Esq.
    Trial Attorneys

## ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 24 September 2015

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58164, 58770, 58962, 58963 58964, 58965, Appeals of CH2M HILL Constructors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals